AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Sarvint Technologies, Inc.
*Plaintiff*
v.   Case No.
Sensoria, Inc.
*Defendant*

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Sensoria, Inc.

Date: 3/9/2015

*Attorney's signature*

Warren J. Thomas, 164714
*Printed name and bar number*

Meunier, Carlin & Curfman, LLC
999 Peachtree Street, NE, Ste. 1300
Atlanta, GA 30309
*Address*

wthomas@mcciplaw.com
*E-mail address*

404-645-7700
*Telephone number*

404-645-7707
*FAX number*