IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sarvint Technologies, Inc., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Athos Works, Inc. and Mad Apparel, Inc. <br><br>　　　　Defendants. | Civil Action File No. <br><br>1:15-cv-00068-TCB |
| Sarvint Technologies, Inc., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Carre Technologies, Inc., <br><br>　　　　Defendant. | Civil Action File No. <br><br>1:15-cv-00069-TCB |
| Sarvint Technologies, Inc., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>OMSignal, Inc., <br><br>　　　　Defendant. | Civil Action File No. <br><br>1:15-cv-00070-TCB |
| Sarvint Technologies, Inc., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Ralph Lauren Corporation, <br><br>　　　　Defendant. | Civil Action File No. <br><br>1:15-cv-00071-TCB |

| | |
|---|---|
| Sarvint Technologies, Inc., <br><br>        Plaintiff, <br><br>   v. <br><br>Sensoria, Inc., <br><br>        Defendant. | Civil Action File No. <br><br>1:15-cv-00072-TCB |
| Sarvint Technologies, Inc., <br><br>        Plaintiff, <br><br>   v. <br><br>Textronics, Inc. and Adidas North America, Inc., <br><br>        Defendants. | Civil Action File No. <br><br>1:15-cv-00073-TCB |
| Sarvint Technologies, Inc., <br><br>        Plaintiff, <br><br>   v. <br><br>Victoria's Secret Stores, LLC, <br><br>        Defendant. | Civil Action File No. <br><br>1:15-cv-00074-TCB |

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The Court has fully considered Defendants Athos Works, Inc. and Mad Apparel, Inc., Carre Technologies, Inc., OMSignal, Inc., Ralph Lauren Corporation, Sensoria, Inc., Textronics, Inc. and Adidas North America, Inc., and Victoria's

2

Secret Stores, LLC, Emergency Motion for Enlargement of Time in Which to File a Response to Plaintiff's Motion for Preliminary Injunction.

It is hereby ORDERED that Defendants' Motion is GRANTED. Defendants will have up to and including May 18, 2015 to respond to Plaintiff's Motion for Preliminary Injunction.

SO ORDERED, this ___ day of April 2015.

_____
Hon. Timothy C. Batten, Sr.
United States District Court Judge