IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sarvint Technologies, Inc., | Civil Action File No. |
| Plaintiff, | 1:15-cv-00072-TCB |
| v. | |
| Sensoria, Inc., | |
| Defendant. | |

**DECLARATION OF RACHAEL A. HARRIS IN SUPPORT OF
DEFENDANT SENSORIA'S OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Rachael A. Harris, declare and state as follows:

I am an Associate at Squire Patton Boggs (US) LLP.  Except as otherwise stated, I make this declaration based on my own personal knowledge and could competently testify to the matters herein if called upon to do so.

1. Attached hereto as Exhibit 1 is a true and correct copy of *ATLeisure Inc. v. Ace Evert Inc.*, Case No. 1:12-cv-1260-CAP (N.D. Ga. 2013) [Dkt 96, Order].

2. Attached hereto as Exhibit 2 is a true and correct copy of Dr. Sundaresan Jayaraman's CV dated February 2007, found on Georgia Tech's website: https://scheller.gatech.edu/directory/faculty/jayaraman_s/jayaraman_s_vita.pdf , *last accessed* on May 13, 2015.

3. Attached hereto as Exhibit 3 is a true and correct copy of Sungmee Park's CV (undated), found on Georgia Tech's website: http://www.smartshirt.gatech.edu/team/sungmee/sungmee.html , *last accessed on* May 13, 2015

4. Attached hereto as Exhibit 4 is a true and correct copy of United States Patent No. 6,970,731.

5.  Attached hereto as Exhibit 5 is a true and correct copy of a printout of the "Products" section of Sarvint's website: http://www.sarvint.com/homepage/, *last accessed* on May 13, 2015.

6.  Attached hereto as Exhibit 6 is a true and correct copy of the Prosecution History of the '731 Patent. Page numbers have been added to Exhibit 6 to aid the Court.

7.  Attached hereto as Exhibit 7 is a true and correct copy of *Pediatric Medical Devices, Inc. v. Indiana Mills & Manufacturing, Inc.*, Case No. 1:11-cv-2613-TCB (N.D. Ga. 2013) [Dkt 47, Order].

8.  Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Fundamentals of Electricity and Electronics, John E. Lackey, CBS College Publishing 1983 (1982).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ *Rachael A. Harris*
Rachael A. Harris