**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SENSORIA, INC., <br><br> Defendant. | Civil Action File No.: <br> 1:15-cv-00072-TCB |

## CERTIFICATE OF SERVICE

I certify that on May 15, 2015 a true and correct copy of PLAINTIFF SARVINT TECHNOLOGIES, INC.'S DISCLOSURE OF INFRINGEMENT CONTENTIONS was served on the following counsel of record for Defendant via electronic mail:

Stephen M. Schaetzel
Warren J. Thomas
Meunier Carlin & Curfman, LLC
999 Peachtree Street, NE
Suite 1300
Atlanta, Georgia 30309
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com

Steven M. Auvil (pro hac vice)
James Alex (pro hac vice)

6

SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
steven.auvil@squirepb.com
james.alex@squirepb.com

This 15th day of May, 2015.

                              /s/ *Eric G. Maurer*

                              *Attorney for Plaintiff Sarvint Technologies, Inc.*