IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sarvint Technologies, Inc., | Civil Action File No. |
| Plaintiff, | 1:15-cv-00072-TCB |
| v. | |
| Sensoria, Inc., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

Pursuant to LR 5.4, I hereby certify that on May 21, 2015 I served a true and correct copy of Sensoria Inc.'s objections to Sarvint Technologies, Inc.'s discovery requests (interrogatories 1-12 and requests for production 1-47) via electronic mail upon the following counsel of record:

    Peter F. Schoenthaler, Esq.
    Bryan Baysinger
    PETER R. SCHOENTHALER, P.C.
    400 Interstate North Pkwy, S.E., Suite 1500
    Atlanta, GA 30339
    pfs@pfslawgroup

    N. Andrew Crain, Esq.
    Dan R. Gresham, Esq.
    Eric G. Maurer, Esq.
    THOMAS HORSTEMEYER, LLP

400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339
andrew.crain@thomashorstemeyer.com
dan.gresham@ thomashorstemeyer.com
eric.maurer@ thomashorstemeyer.com

Dated: May 22, 2015                                      Respectfully submitted,

| | |
|---|---|
| */s/ Warren Thomas* | */s/ Rachael A. Harris* |
| Warren J. Thomas | Steven M. Auvil (PHV) |
| Georgia Bar No. 164714 | Ohio Bar No. 63827 |
| John W. Harbin | James Alex (PHV) |
| Georgia Bar No. 324130 | Ohio Bar No. 91092 |
| MEUNIER CARLIN & CURFMAN, LLC | SQUIRE PATTON BOGGS (US) LLP |
| 999 Peachtree Street, NE | 4900 Key Tower, 127 Public Square |
| Suite 1300 | Cleveland, Ohio 44114 |
| Atlanta, Georgia 30309 | Telephone: (216) 479-8023 |
| Phone: 404-645-7700 | Facsimile: (216) 479-8780 |
| Fax: 404-645-7707 | steven.auvil@squirepb.com |
| wthomas@mcciplaw.com | james.alex@squirepb.com |
| jharbin@mcciplaw.com | |
| | Rachael A. Harris (PHV) |
| | DC Bar No. 983044 |
| | SQUIRE PATTON BOGGS (US) LLP |
| | 2550 M. St, NW |
| | Washington, DC 20037 |
| | Telephone: (202) 457-6000 |
| | Facsimile: (202) 457-6315 |
| | rachael.harris@squirepb.com |
| | |
| | *Attorneys for Defendant Sensoria, Inc.* |