IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC. | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:15-CV-69-TCB |
| CARRE TECHNOLOGIES, INC. | |
| Defendant. | |
| | |
| SARVINT TECHNOLOGIES, INC. | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:15-CV-70-TCB |
| OMSignal, INC.. | |
| Defendant. | |
| | |
| SARVINT TECHNOLOGIES, INC. | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:15-CV-71-TCB |
| RALPH LAUREN CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC.<br><br>          Plaintiff,<br><br>    v.<br><br>SENSORIA, INC.<br><br>          Defendant. | CIVIL ACTION FILE NO.<br><br>1:15-CV-72-TCB |
| SARVINT TECHNOLOGIES, INC.<br><br>          Plaintiff,<br><br>    v.<br><br>TEXTRONICS, INC.<br><br>          Defendant. | CIVIL ACTION FILE NO.<br><br>1:15-CV-73-TCB |
| SARVINT TECHNOLOGIES, INC.<br><br>          Plaintiff,<br><br>    v.<br><br>VICTORIA'S SECRET STORES, INC.<br><br>         Defendant. | CIVIL ACTION FILE NO.<br><br>1:15-CV-74-TCB |

AO 72A
(Rev.8/82)

# ORDER

These matters are before the Court on the motion for preliminary injunction filed by Sarvint Technologies, Inc. in each of the above-referenced cases. A hearing on these motions is hereby set for July 13, 2015, at 9:30 a.m. in Courtroom 2106 of the United States Courthouse, 75 Spring Street, Atlanta, Georgia.

**IT SO ORDERED** this 28th day of May, 2015.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)