Exhibit A-1



Sports & Outdoors › Sports & Fitness › Exercise & Fitness › Running › Clothing › Women



# Sensoria Fitness Women's Smart Sports Bra Racerback

by Sensoria Fitness

**4 customer reviews**

Price: **$79.00** & **FREE Shipping.** FREE Returns. Details

**Only 3 left in stock.**

Ships from and sold by Amazon.com. Gift-wrap available.

**Want it Saturday, June 13?** Order within **22 hrs 23 mins** and choose **One-Day Shipping** at checkout. Details

Size:

Medium/Large

Size Chart

Color: **Black**

- 48% Polyamide/Nylon, 47% Polypropylene, 5% Elastomero/Spandex
- Imported
- Lightweight (first of unique layer)
- Integrated textile cardiac electrodes for heart rate monitor
- Moisture-wicking to keep your skin fresh and dry
- Compatible with Sensoria HRM, Polar H7, Garmin Premium
- Made in Italy
- Lightweight (first of unique layer)

**Share**

Qty: 1

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

GA 30301

Add to Wish List

**Sponsored by Mpow**



Mpow® Swift Bluetooth 4.0 Sport Earbuds with A...

(1,758)

~~$79.99~~ **$27.99**

Ad feedback

Semi-Annual Savings: 50-70% Off Bras, Panties, &



anties         Shapewear         See All

Roll over image to zoom in

## Frequently Bought Together



**Price for both:** **$118.00**

[ Add both to Cart ]

[ Add both to Wish List ]

One of these items ships sooner than the other. Show details

☑ **This item:** Sensoria Fitness Women's Smart Sports Racerback Bra, Black, Medium/Large $79.00

☑ Garmin Premium Heart Rate Monitor (Soft Strap) $39.00

## Customers Who Viewed This Item Also Viewed



Berlei Non-Wired Podium Racerback Sports Bra (B4938)

3

$71.25 - $75.00



Polar Cardio Sports Bra

23

$69.99



Pure Lime Women's Compression HRM Bra

8

$53.98



Sensoria Fitness Women's Smart Sports Bra Racerback with Heart Rate Monitor

$149.00



Polar Heart Bra

12

$427.11



Shock Absorber Ultimate Run HRM Sports Bra 5045 32-38 B-E

3

## Special Offers and Product Promotions

Size: **Medium/Large** | Color: **Black**

- Your cost could be **$69.00 instead of $79.00**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Product Description

The Sensoria Sports Bra is a high-quality sports bra that comes with embedded heart rate monitoring textile sensors powered by Comftech (HRM transmitter not included); it provides accurate heart rate without the discomfort of wearing a strap. Designed and made in Italy, our bra provides multiple breathing zones all around the garment, so that you are both protected and comfortable during your fitness routine. Run like a cheetah, or jump like a gazelle. For the first time in a long time, women can embrace the amenities of a great fitness bra and feel the freedom and benefits of 100% textile sensing while doing so. Thanks to Drvarn technology, you won't have to suffer from

## Product Details

Size: **Medium/Large** | Color: **Black**

**Shipping Weight:** 4.8 ounces (View shipping rates and policies)

**Domestic Shipping:** Item can be shipped within U.S.

**International Shipping:** This item can be shipped to select countries outside of the U.S. Learn More

**Origin:** Italy

**ASIN:** B00JMT1CXY

**Item model number:** BS1

**Average Customer Review:** ★★☆☆☆ ☑ (4 customer reviews)

**Amazon Best Sellers Rank:** #131,829 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

Would you like to **give feedback on images** or **tell us about a lower price**?

---

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

## Product Ads from External Websites (What's this?)                                        **Sponsored Content**

## Customer Questions & Answers

See questions and answers

## Customer Reviews

4

3.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▭ | 25% |
| 4 star | ▭ | 25% |
| 3 star | ▭ | 0% |
| 2 star | ▭ | 25% |
| 1 star | ▭ | 25% |

Share your thoughts with other customers

Write a customer review

See all 4 customer reviews

## Most Helpful Customer Reviews

Ad feedback

19 of 21 people found the following review helpful

**phenomenal innovative product**

By ashley on May 15, 2014

as a serious runner, I was interested in trying this product so that I could monitor my heart rate without have to wear and/or remember my HR strap for each workout. The electrodes built right in to the sports bra are not only convenient but comfortable too. The bra's overall fit is great, providing support and made from (what feels like) durable, top-notch material that wicks sweat away from the body well. I've used my sports bras (I have 2 now) for a multitude of other fitness endeavors now - like spinning/biking and even yoga. I love getting the HR info now so easily - and it's really enhanced my training, fitness and overall body awareness. great concept paired with a great product, I look forward to see what other ideas sensoria can develop.

Comment     Was this review helpful to you?   Yes   No

**Search Customer Reviews**

Search

1 of 2 people found the following review helpful

**Not for me because runs small and too much compression.**

By Retired in Philadelphia suburbs on January 8, 2015

Size: Medium    Color: Black    **Verified Purchase**

runs small and too much compression. plus, the sensors are irritating compared to using the Polar Soft Strap under a regular sports bra.

Comment     Was this review helpful to you?   Yes   No

0 of 8 people found the following review helpful

**One Star**

By Mary Renee bradford on September 5, 2014

Size: Medium     Color: Red

Did not work

1 Comment     Was this review helpful to you?   [ Yes ]   [ No ]

**See all 4 customer reviews (newest first)**

[ Write a customer review ]

# Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more



**This item:** Sensoria Fitness Women's Smart Sports Racerback Bra, Black, Medium/Large

**Price:** $79.00

Ships from and sold by Amazon.com

[ Set up a giveaway ]

---

**Customers viewing this page may be interested in these sponsored links**   (What's this?)

- **Women's Sports Bras**    -   Free Shipping on All Orders for a Limited Time at TheNorthFace.com!    www.thenorthface.com/

- **Up to 70% Off at Soma**    -   Up to 70% Off at Soma. Save on **Bras**, Panties, Sleepwear & More.    www.soma.com/

- **Just My Size® Bra Sale**    -   Shop Hard-To-Find **Bra** Sizes at Just My Size®. We Carry 38A-58J!    www.hanes.com/JustMySize/**Bras**

Ad feedback

---

Your Recently Viewed Items and Featured Recommendations



Loading

**mpow** | Stream Music and | Mpow® Swift Bluetooth 4.0 Sport Earbuds with AptX
Match Your Smart Life | Calls On the Go. | (1758)

~~$79.99~~ $27.99    [ Add to Cart ]

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

**AMAZON**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm          AbeBooks          ACX          AfterSchool.com          Alexa          Amazon Business          AmazonFresh

| | | | | | | |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| Amazon Local Great Local Deals in Your City | Amazon Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home |
| ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | Look.com Kids' Clothing & Shoes | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials |
| TenMarks.com Math Activities for Kids & Schools | VineMarket.com Everything to Live Life Green | Wag.com Everything For Your Pet | Warehouse Deals Open-Box Discounts | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2015, Amazon.com, Inc. or its affiliates

Exhibit A-2



Sports & Outdoors › Sports & Fitness › Exercise & Fitness › Running › Clothing › Women



# Sensoria Fitness Women's Smart Sports Bra Racerback

by Sensoria Fitness

**4 customer reviews**

Price: **$79.00** & **FREE Shipping.** FREE Returns. Details

**Only 2 left in stock.**

Ships from and sold by Amazon.com. Gift-wrap available.

**Want it Saturday, June 13?** Order within **22 hrs 25 mins** and choose **One-Day Shipping** at checkout. Details

Size:

| Small |

Size Chart

Color: **Black**

- 48% Polyamide/Nylon, 47% Polypropylene, 5% Elastomero/Spandex
- Imported
- Lightweight (first of unique layer)
- Integrated textile cardiac electrodes for heart rate monitor
- Moisture-wicking to keep your skin fresh and dry
- Compatible with Sensoria HRM, Polar H7, Garmin Premium
- Made in Italy
- Lightweight (first of unique layer)

Share

Qty: | 1 |

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

| Add to Cart |

Turn on 1-Click ordering for this browser

**Ship to:**
GA 30301

| Add to Wish List |

**Sponsored by Mpow**



Mpow® Swift Bluetooth 4.0 Sport Earbuds with A...
(1,758)
~~$79.99~~ **$27.99**

Ad feedback



Roll over image to zoom in

Case 1:15-cv-00072-TCB    Document 38-1    Filed 06/11/15    Page 14 of 28

## Frequently Bought Together



+

**Price for both: $118.00**

[ Add both to Cart ]

[ Add both to Wish List ]

One of these items ships sooner than the other. Show details

☑ **This item:** Sensoria Fitness Women's Smart Sports Racerback Bra, Black, Small $79.00

☑ Garmin Premium Heart Rate Monitor (Soft Strap) $39.00

## Customers Who Viewed This Item Also Viewed



Berlei Non-Wired Podium Racerback Sports Bra (B4938)

3

$71.25 - $75.00



Polar Cardio Sports Bra

23

$69.99



Pure Lime Women's Compression HRM Bra

8

$53.98



Sensoria Fitness Women's Smart Sports Bra Racerback with Heart Rate Monitor

$149.00



Polar Heart Bra

12

$427.11



Shock Absorber Ultimate Run HRM Sports Bra 5045 32-38 B-E

3

## Special Offers and Product Promotions

Size: **Small** | Color: **Black**

- Your cost could be **$69.00 instead of $79.00**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Product Description

The Sensoria Sports Bra is a high-quality sports bra that comes with embedded heart rate monitoring textile sensors powered by Comftech (HRM transmitter not included); it provides accurate heart rate without the discomfort of wearing a strap. Designed and made in Italy, our bra provides multiple breathing zones all around the garment, so that you are both protected and comfortable during your fitness routine. Run like a cheetah, or jump like a gazelle. For the first time in a long time, women can embrace the amenities of a great fitness bra and feel the freedom and benefits of 100% textile sensing while doing so. Thanks to Dryarn technology, you won't have to suffer from

## Product Details

Size: **Small** | Color: **Black**

**Shipping Weight:** 3.2 ounces (View shipping rates and policies)

**Domestic Shipping:** Item can be shipped within U.S.

**International Shipping:** This item can be shipped to select countries outside of the U.S. Learn More

**Origin:** Italy

**ASIN:** B00JMT1BKS

**Item model number:** BS1

**Average Customer Review:** ★★☆☆☆ ⌄ (4 customer reviews)

**Amazon Best Sellers Rank:** #131,829 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

Would you like to **give feedback on images** or **tell us about a lower price**?

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Product Ads from External Websites (What's this?)                    **Sponsored Content**

### Customer Questions & Answers

See questions and answers

## Customer Reviews

4

3.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 25% |
| 4 star | | 25% |
| 3 star | | 0% |
| 2 star | | 25% |
| 1 star | | 25% |

Share your thoughts with other customers

[ Write a customer review ]

See all 4 customer reviews

## Most Helpful Customer Reviews

19 of 21 people found the following review helpful

**phenomenal innovative product**

By ashley on May 15, 2014

as a serious runner, I was interested in trying this product so that I could monitor my heart rate without have to wear and/or remember my HR strap for each workout. The electrodes built right in to the sports bra are not only convenient but comfortable too. The bra's overall fit is great, providing support and made from (what feels like) durable, top-notch material that wicks sweat away from the body well. I've used my sports bras (I have 2 now) for a multitude of other fitness endeavors now - like spinning/biking and even yoga. I love getting the HR info now so easily - and it's really enhanced my training, fitness and overall body awareness. great concept paired with a great product, I look forward to see what other ideas sensoria can develop.

Comment      Was this review helpful to you?      [ Yes ] [ No ]

1 of 2 people found the following review helpful

**Not for me because runs small and too much compression.**

By Retired in Philadelphia suburbs on January 8, 2015

Size: Medium      Color: Black      **Verified Purchase**

runs small and too much compression. plus, the sensors are irritating compared to using the Polar Soft Strap under a regular sports bra.

Comment      Was this review helpful to you?      [ Yes ] [ No ]

0 of 8 people found the following review helpful

**One Star**

By Mary Renee bradford on September 5, 2014

Ad feedback

**Search Customer Reviews**

[ Search ]

Size: Medium    Color: Red

Did not work

**1 Comment**    Was this review helpful to you?    Yes    No

**See all 4 customer reviews (newest first)**

Write a customer review

# Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more



**This item:** Sensoria Fitness Women's Smart Sports Racerback Bra, Black, Small

**Price:** $79.00

Ships from and sold by Amazon.com

Set up a giveaway

---

**Customers viewing this page may be interested in these sponsored links**    (What's this?)

- **Women's Sports Bras** ⧉    -    Free Shipping on All Orders for a Limited Time at TheNorthFace.com!    www.thenorthface.com/

- **Racerback Bras At HerRoom** ⧉    -    Free Shipping Offer on **Bras**. Buy **Racerback Bras** 5-Star Reviews!    www.herroom.com/**Racerback_Bras**

Ad feedback

---

Your Recently Viewed Items and Featured Recommendations

Case 1:15-cv-00072-TCB   Document 38-1   Filed 06/11/15   Page 19 of 28



Loading



MPOW®  Match Your Smart Life

**Stream Music and Calls On the Go.**

Mpow® Swift Bluetooth 4.0 Sport Earbuds with AptX

(1758)

~~$79.99~~  $27.99

Add to Cart

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

**AMAZON**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm          AbeBooks          ACX          AfterSchool.com          Alexa          Amazon Business          AmazonFresh

| Score deals<br>on fashion brands | Rare Books<br>& Textbooks | Audiobook Publishing<br>Made Easy | Kids' Sports, Outdoor<br>& Dance Gear | Actionable Analytics<br>for the Web | Everything For<br>Your Business | Groceries & More<br>Right To Your Door |
|---|---|---|---|---|---|---|
| **Amazon Local**<br>Great Local Deals<br>in Your City | **Amazon Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2015, Amazon.com, Inc. or its affiliates

Exhibit A-3



Sports & Outdoors    sensoria

Shop by
Department

Recommended for You    Today's Deals    Gift Cards    Sell    Hello. Sign in    Try    Wish    0
Help                                                      Your Account    Prime    List    Cart

**Sports & Outdoors**    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

‹ Back to search results for "sensoria"



## Sensoria Fitness Women's Smart
## with Heart

Share

☐ Yes, I want **FREE Two-Day
Shipping** with Amazon Prime

| Add to Cart |

Turn on 1-Click ordering for this browser

**Ship to:**

GA 30301

| Add to Wish List |

J. FREE Returns.

n. Gift-wrap available.

within **22 hrs 21 mins**
checkout. Details

Size Chart

propylene, 5%

des for heart rate

tin fresh and dry
Polar H7, Garmin

**Sponsored by Mpow**

Mpow® Swift Bluetooth 4.0
Sport Earbuds with A...

(1,758)

~~$79.99~~ $27.99

Ad feedback

Roll over image to zoom in

## Customers Who Viewed This Item Also Viewed

Page 1 of 6







Sensoria Fitness Women's Smart Sports Bra Racerback

4

$79.00

Polar Cardio Sports Bra

23

$69.99

Pure Lime Women's Compression HRM Bra

8

$53.98

Shock Absorber Ultimate Run HRM Sports Bra 5045 32-38 B-E

3

$69.99

Berlei Non-Wired Racerback Sports (B4938)

3

$71.25 - $75.00

## Sponsored Products Related To This Item (What's this?)






Lupo Women's Top High Energy Sports Bra, Large, Black

(2)

Women's ATHLETE Hairin Sports Bra w/ removable pads, Blue

$24.95

Women's ATHLETE Shirring Sports Bra w/ removable pads, Mint

$17.99

Women's ATHLETE Masha Sports Bra w/ removable pads, Dark Gray

$23.99

Case 1:15-cv-00072-TCB   Document 38-1   Filed 06/11/15   Page 24 of 28

$36.99

Ad feedback

## Special Offers and Product Promotions

Size: **Small** | Color: **Black**

- Your cost could be **$119.00 instead of $149.00**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $30.00** off instantly as a gift card. Apply now.

> **WARNING:**
>
> **CHOKING HAZARD** -- Small parts. Not for children under 3 yrs.
>
> **CHOKING HAZARD** -- Toy contains a small ball. Not for children under 3 yrs.

## Product Description

The Sensoria Sports Bra is a high-quality sports bra that comes with embedded heart rate monitoring textile sensors (HRM transmitter not included); it provides accurate heart rate without the discomfort of wearing a strap. Designed and made in Italy, our bra provides multiple breathing zones all around the garment, so that you are both protected and comfortable during your fitness routine. Run like a cheetah, or jump like a gazelle. For the first time in a long time, women can embrace the amenities of a great fitness bra and feel the freedom and benefits of 100% textile sensing while doing so. Thanks to Dryarn technology, you won't have to suffer from discomfort and poor fit

## Product Details

**Shipping Weight:** 1 pounds (View shipping rates and policies)

**Domestic Shipping:** Item can be shipped within U.S.

**International Shipping:** This item is not eligible for international shipping. Learn More

**Origin:** China

**ASIN:** B00KPNXO46

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #658,246 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

Would you like to **give feedback on images** or **tell us about a lower price**?

## Feedback

▶ If you have a question or problem, visit our **Help pages**.

▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Product Ads from External Websites** (What's this?)                    **Sponsored Content**

## Customer Questions & Answers

See questions and answers

## Customer Reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | | Share your thoughts with other customers |
| 4 star | | |
| 3 star | | Write a customer review |
| 2 star | | |
| 1 star | | |

Ad feedback

# Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more



**This item:** Sensoria Fitness Women's Smart Sports Racerback Bra with Heart Rate Monitor (Bluetooth Smart), Black, Small

**Price:** $149.00

Ships from and sold by Amazon.com

Set up a giveaway

## Customers viewing this page may be interested in these sponsored links  (What's this?)

- **Calling IoT Innovators**  -  Free IoT Platform - Plug & Play Signup with Digital Service    www.digitalservicecloud.com/
  Cloud

Ad feedback

## Your Recently Viewed Items and Featured Recommendations





Mpow® Swift Bluetooth 4.0 Sport Earbuds with AptX

(1758)

~~$79.99~~  $27.99

Add to Cart

Ad feedback

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door |
| **Amazon Local**<br>Great Local Deals<br>in Your City | **Amazon Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates