Declaration of Palaniswamy Rajan
(Filed Under Seal)