IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARRE TECHNOLOGIES, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:15-CV-00069-TCB |
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMSIGNAL TECHNOLOGIES, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:15-CV-00070-TCB |
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RALPH LAUREN CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:15-CV-00071-TCB |

| | |
|---|---|
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENSORIA, INC. <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:15-CV-00072-TCB |
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXTRONICS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:15-CV-00073-TCB |
| SARVINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICTORIA'S SECRET STORES, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:15-CV-00074-TCB |

## ORDER

IT IS HEREBY ORDERED that counsel of record in the above cases be permitted to bring the following personal electronic devices into the Richard B. Russell Building, Courtroom 2106, for a hearing before Judge Timothy C. Batten on July 13, 2015, and any days onto which the hearing may continue:

- laptop computers and computer accessories (including, for example, computer mouse, computer mouse, batter recharger, personal WiFi hotspots)
- tablet computers (for example, Apple iPad)
- mobile phones, including mobile phones with cameras
- multimeter (an electronic measuring instrument with dimensions of around 2" by 4" by 9").

Proper identification will be required upon entering the facility, and said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

SO ORDERED this 8th day of July, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge