IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SARVINT TECHNOLOGIES, INC.,

     Plaintiff,

v.

SENSORIA, INC.

     Defendant.

CIVIL ACTION NO:

1:15-CV-00072-TCB

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (D.I. 46) and Patent L.R. 6.3, Sarvint Technologies, Inc. ("Sarvint") and Sensoria, Inc. ("Defendant") submits this Joint Claim Construction Statement.  Section I lists the claim terms, phrases, or clauses, in which the parties have agreed on a joint construction.  Section II and Exhibit A contain Sarvint's proposed constructions for the disputed terms, along with supporting intrinsic and extrinsic evidence.  Section III and Exhibit B contain Defendant's proposed construction for the disputed terms, along with identification of supporting intrinsic and extrinsic evidence.  Section IV contains the anticipated length of time necessary for the Claim Construction Hearing.  Section V is a summary of expert testimony that Sarvint may offer at the Claim Construction Hearing.  Section VI is a summary of expert testimony that Defendant may offer at the Claim Construction Hearing.

I.      **Terms Proposed for Construction on Which the Parties Have Reached Agreement**

As reflected in the parties' proposed construction, the parties have reached agreement on certain portions of the proposed constructions and have narrowed the disagreement on the disputed constructions for the Court.  The parties agree that all claim terms not set forth in the attached Exhibits do not require construction, and should be accorded their plain and ordinary meaning as understood by a person of ordinary skill in the art.

| TERM, PHRASE or CLAUSE | AGREEMENT |
|---|---|
| Monitor (claim 1) | No construction necessary |
| Knitted or woven (claim 1) | No construction necessary |
| Fabric (claim 1) | No construction necessary |
| Integrated therein (claim 1) | No construction necessary |
| Knitting or weaving (claim 1) | No construction necessary |
| Connection (claim 1) | No construction necessary |
| Connector (claim 1) | No construction necessary |
| Garment (claim 6) | No construction necessary |

II.     **Sarvint's Proposed Claim Constructions and Supporting Evidence**

In the chart attached as Exhibit A, Sarvint proposes constructions for the disputed claim terms and identifies intrinsic and extrinsic evidence upon which it may rely to support its proposed constructions of the '731 patent.  In addition to the intrinsic and extrinsic evidence identified by Sarvint, Sarvint reserves the right to rely on any intrinsic or extrinsic evidence identified by Defendants in support of its proposed constructions.   Sarvint may also rely upon intrinsic and extrinsic

evidence, including the prosecution history, to rebut the constructions proposed by Defendants.

## III.    Defendants' Proposed Claim Constructions and Supporting Evidence

In the chart attached as Exhibit B, Defendant proposes constructions for the disputed claim terms and identifies intrinsic and extrinsic evidence upon which it may rely to support its proposed constructions of the '731 patent.  In addition to the intrinsic and extrinsic evidence identified by Defendant, Defendant reserves the right to rely on any intrinsic or extrinsic evidence identified by Plaintiff in support of its proposed constructions.  Defendant may also rely upon intrinsic and extrinsic evidence, including the prosecution history, to rebut the constructions proposed by Plaintiff.

## IV.    Anticipated Length of Time Necessary for the Claim Construction Hearing

The parties agree that the Claim Construction Hearing in this case should be consolidated with case numbers 1:15-cv-00069, 1:15-cv-00073, 1:15-cv-00070, and 1:15-cv-00071.  The parties anticipate that the consolidated Claim Construction Hearing will require approximately four (4) hours.

## V.    Summary of Witness Testimony that Sarvint May Offer at the Claim Construction Hearing

Although Sarvint does not contend or concede that witness testimony is necessary, Sarvint reserves the right to call upon a witness at the Claim

Construction Hearing.  In the event Sarvint decides to call upon a witness, Sarvint

agrees to provide such information as the topics involved to permit Defendant to

conduct a meaningful deposition of that witness.

## VI.  Summary of Witness Testimony that Defendant May Offer at the Claim Construction Hearing

Although Defendant does not contend or concede that witness testimony is

necessary, Defendant reserves the right to call upon a witness at the Claim

Construction Hearing.   In the event Defendant decides to call upon a witness,

Defendant agrees to provide such information as the topics involved to permit

Sarvint to conduct a meaningful deposition of that witness.

Dated:  October 5, 2015                              Respectfully submitted,

/s/ Bryan L. Baysinger                              /s/ Rachael A. Harris
                                                    Steven M. Auvil (PHV)
Peter F. Schoenthaler                               Ohio Bar No. 63827
Georgia Bar No. 629789                              James Alex (PHV)
Bryan L. Baysinger                                  Ohio Bar No. 91092
Georgia Bar No. 708496                              SQUIRE PATTON BOGGS (US) LLP
H. Artoush Ohanian                                  4900 Key Tower, 127 Public Square
Of Counsel                                          Cleveland, Ohio 44114
**SCHOENTHALER LAW GROUP**                          Telephone: (216) 479-8023
400 Interstate N. Pkwy., SE                         Facsimile: (216) 479-8780
Suite 1500                                          steven.auvil@squirepb.com
Atlanta, Georgia 30339                              james.alex@squirepb.com
Telephone: (404) 592-5397

4

Facsimile: (404) 891-6120
pfs@pfslawgroup.com
blb@pfslawgroup.com
hao@pfslawgroup.com

*Attorneys for Plaintiff Sarvint
Technologies, Inc.*

Rachael A. Harris (PHV)
DC Bar No. 983044
SQUIRE PATTON BOGGS (US) LLP
2550 M. St, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
rachael.harris@squirepb.com

John W. Harbin
Georgia Bar No. 324130
Warren J. Thomas
Georgia Bar No. 164714
MEUNIER CARLIN & CURFMAN
LLC
999 Peachtree Street, NE
Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax:  404-645-7707
jharbin@mcciplaw.com
wthomas@mcciplaw.com

*Attorneys for Defendant
Sensoria, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, I caused the above document to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

*/s/ Bryan L. Baysinger*