## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SARVINT TECHNOLOGIES, INC.

      Plaintiff,

vs.

SENSORIA, INC.

      Defendant.

Civil Action File No.

1:15-cv-00072-TCB

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR
## PLAINTIFF SARVINT TECHNOLOGIES, INC.

COME NOW Peter F. Schoenthaler, Artoush Ohanian, and Bryan Baysinger and the law firm of Peter F. Schoenthaler d/b/a Schoenthaler Law Group and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Plaintiff Sarvint Technologies, Inc. in this action.

Plaintiff Sarvint Technologies, Inc. has been advised in writing by withdrawing counsel as to the notice and compliance obligations set forth in Local Rule 83.1.E (2) including the Plaintiff's obligation to retain new counsel to represent the Plaintiff in this matter and is in the process of selecting and obtaining new counsel to represent it in this action.

As evidence by its signature below, Sarvint Technologies, Inc. consents to the withdrawal of counsel.

**Consented to:**

_____

Mr. John Lee
President
Sarvint Technologies, Inc.
6055 Southard Trace
Cumming, GA 30040

Dated:_____2/1/17_____


Dated: February 1, 2017                 Respectfully submitted,

SCHOENTHALER LAW GROUP

/s/ *Peter F. Schoenthaler*
Peter F. Schoenthaler
GA Bar No. 629789
Bryan L. Baysinger
GA Bar No. 708496
H. Artoush Ohanian
*Pro Hac Vice*
400 Interstate N. Pkwy. SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (404) 855-3312
Facsimile: (404) 891-6120
pfs@pfslawgroup.com
blb@pfslawgroup.com
hao@pfslawgroup.com

2

*Attorneys for Plaintiff Sarvint Technologies, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D) of the Northern District of Georgia, I certify that the above document has been prepared in accordance with L.R. 5.1(B) and L.R. 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I caused the above document to be electronically filed with the clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all parties of record.


Dated: February 6, 2017           */s/ Peter F. Schoenthaler*
                                   Peter F. Schoenthaler

                                   *Attorney for Sarvint Technologies, Inc.*